Dismissed and Memorandum Opinion filed June 3, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00280-CV

____________

 

BATEMAN HART, LTD., Appellant

 

V.

 

GREEN-HOLLOW, LTD., REMAE, INC., HR/AFTON WOODS, INC.
and RENEE McGUIRE, Appellees

 



 

On Appeal from the
333rd District Court

Harris County,
Texas

Trial Court Cause
No. 2008-02665A

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 15, 2010.  On May 24, 2010, appellant
filed an agreed motion to vacate the judgment below and dismiss the appeal
because the case has settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
we order the judgment below vacated, the cause dismissed, and the appeal
dismissed.  See Tex. R. App. P. 43.2.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.